IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD SHAW, | : |
| Plaintiff, | : |
| v. | : Civ. No. 20-950-CFC |
| NEW CASTLE COUNTY, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

At Wilmington this Ninth day of June, 2021, having reviewed the file;

IT IS ORDERED as follows:

1. Plaintiff Ronald Shaw filed this action on July 15, 2020. (D.I. 1) He proceeds *pro se* and has paid the filing fee. On April 21, 2021, the Court granted Plaintiff's motion of extension of time to retain an attorney. (*See* D.I. 10, 11) Plaintiff was given until on or before June 1, 2021 to either retain counsel or respond to Defendant's motion to dismiss and was warned that the case would be dismissed should he fail to file a response to the motion to dismiss in the event he did not retain counsel. (D.I. 11)

2. On June 1, 2021, Plaintiff filed a request for counsel after unsuccessful attempts to retain counsel. (D.I. 12) Pursuant to 28 U.S.C. § 1915(e)(1), the court may request an attorney to represent any person unable to afford counsel. Section 1915(e)(1) confers the district court with the power to request that counsel represent a litigant who is proceeding *in forma pauperis*. Plaintiff has never sought *in forma*

1

*pauperis* status. He paid the filing fee and the court docket does indicate that he qualifies for counsel under § 1915. Therefore, the request is **DENIED**. (D.I. 12)

    3. On June 1, 2021, Plaintiff also filed a combined motion for trial and what may be a one-page response to Defendant's motion to dismiss. (D.I. 13) It is not clear. The Court construes the motion for trial as a request for a trial date. The motion is **DENIED** as premature. (D.I. 13)

    4. Upon review of Defendant's motion to dismiss and finding it contains matters outside the pleadings, the Court treats the motion as a motion for summary judgment. *See* Fed. R. Civ. P. 12(b)(d). Plaintiff shall file a response to the motion to dismiss on or before July 1, 2021. Defendant shall file a reply, if any, within fourteen days after Plaintiff files his response. Should Plaintiff fail to file a response the case will be dismissed for failure to prosecute. There will be no extensions.

_____
UNITED STATES DISTRICT JUDGE